PEOPLE v SZYMAREK. (Docket No. 57800.) The motion by defendant-appellant for reconsideration of this Court's order of December 23, 1975 (395 Mich 823) is considered and the same is denied because it does not appear that said order was entered erroneously. *Frank J.*

*Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Patricia J. Boyle,* Principal Attorney, Research, Training and Appeals, and *Larry L. Roberts,* Assistant Prosecuting Attorney, for the people. *Carl Ziemba* for defendant-appellant. Case below, Court of Appeals No. 26383, order of November 19, 1975.